UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>TRI-STATE NEUROSURGICAL<br>ASSOCIATES-UPMC, INC.,<br><br>  Defendant. | Case No. 2:18-cv-00513- RCM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Cynthia Williams, hereby stipulates that this action is dismissed in its entirety with prejudice.

Respectfully submitted,

*/s/ Sean L. Ruppert*
Sean Ruppert, Esquire
Kraemer, Manes & Associates LLC
US Steel Tower
600 Grant St, Suite 4875
Pittsburgh, PA 15219
sr@lawkm.com
T: (412) 626-5550
F: (412) 637-0237

Counsel for Plaintiff